# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **MARLA TIMMER,** | ) |
| | ) |
| **Plaintiff,** | ) CIVIL ACTION NO. |
| | ) |
| v. | ) 1:24-cv-05028-SDG-CCB |
| | ) |
| **LEXISNEXIS RISK SOLUTIONS, INC.** | ) **JOINT NOTICE OF SETTLEMENT** |
| | ) |
| **Defendant.** | ) |
| | ) |

**PLEASE TAKE NOTICE** that Plaintiff, Marla Timmer and LexisNexis Risk Solutions Inc., (collectively "Parties") by and through their counsel of record have reached a settlement to resolve Plaintiff's claims. Therefore, the parties request that the Court stay all pending deadlines and proceedings.

The Parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time the Parties shall file a Stipulation for Dismissal.

[*signatures on following page*]

Respectfully submitted,

| | |
|---|---|
| */s/ Joseph L. Gentilcore* | */s/ Derin B. Dickerson* |
| Joseph L. Gentilcore | DERIN B. DICKERSON |
| *Admitted Pro Hac Vice* | ALSTON & BIRD LLP |
| FRANCIS MAILMAN SOUMILAS, P.C. | 1201 West Peachtree Street |
| 1600 Market St., Suite 2510 | One Atlantic Center |
| Philadelphia, PA 19103 | Atlanta, GA 30309 |
| T: (215) 735-8600 | T: 404-881-7000 |
| jgentilcore@consumerlawfirm.com | derin.dickerson@alston.com |
| **Attorneys for Plaintiff** | **Attorneys for LexisNexis Risk Solutions, Inc.** |

Dated: February 3, 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to LR 5.1B and 7.1D, that the foregoing complies with the font and point selections approved by the court in LR 5.1B.

**FRANCIS MAILMAN SOUMILAS, P.C.**

BY:  /s/ Joseph L. Gentilcore
JOSEPH L. GENTILCORE
*Admitted Pro Hac Vice*
1600 Market Street, Suite 2510
Philadelphia, PA 19103
215-735-8600
*Attorney for Plaintiff*

Date: February 3, 2025